# EXHIBIT A



US006981047B2

## (12) United States Patent
### Hanson et al.

(10) Patent No.: **US 6,981,047 B2**
(45) Date of Patent: **Dec. 27, 2005**

(54) **METHOD AND APPARATUS FOR PROVIDING MOBILE AND OTHER INTERMITTENT CONNECTIVITY IN A COMPUTING ENVIRONMENT**

(75) Inventors: Aaron D. Hanson, Seattle, WA (US); Emil A. Sturniolo, Medina, OH (US); Anatoly Menn, Seattle, WA (US); Erik D. Olson, Seattle, WA (US); Joseph T. Savarese, Edmonds, WA (US)

(73) Assignee: Netmotion Wireless, Inc., Seattle, WA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 91 days.

(21) Appl No.: 10/307,480

(22) Filed: Dec. 2, 2002

(65) **Prior Publication Data**
US 2003/0120811 A1 Jun. 26, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/330,310, filed on Jun. 11, 1999, now Pat No. 6,546,425
(60) Provisional application No. 60/103,598, filed on Oct. 9, 1998

(51) Int. Cl.⁷ .................................................. G06F 15/16
(52) U.S. Cl. ......................... 709/227; 709/228; 709/229
(58) Field of Search ........................... 709/227, 228, 709/229; 370/313, 338, 354; 455/433

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 4,799,253 A | 1/1989 | Stern et al |
| 4,893,327 A | 1/1990 | Stern et al |
| 5,109,528 A | 4/1992 | Uddenfeldt |
| 5,159,592 A | 10/1992 | Perkins |

(Continued)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| EP | 0 998 094 A2 | 5/2000 |
| WO | WO 02/19636 A1 | 3/2002 |

**OTHER PUBLICATIONS**

Microsoft Support Online Knowledge Base Search Results, "DHCP (Dynamic Host Configuration Protocol) Basics," Article ID: Q120829, (Revision Date Sep 24, 1996)
O'Reilly Online Catalog, "Windows NT TCP/IP Network Administration," Chapter 6, 25 pages (undated).

(Continued)

*Primary Examiner*—Mehmet B. Geckil
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye PC

(57) **ABSTRACT**

A seamless solution transparently addresses the characteristics of nomadic systems, and enables existing network applications to run reliably in mobile environments. The solution extends the enterprise network, letting network managers provide mobile users with easy access to the same applications as stationary users without sacrificing reliability or centralized management. The solution combines advantages of existing wire-line network standards with emerging mobile standards to create a solution that works with existing network applications. A Mobility Management Server coupled to the mobile network maintains the state of each of any number of Mobile End Systems and handles the complex session management required to maintain persistent connections to the network and to other peer processes. If a Mobile End System becomes unreachable, suspends, or changes network address (e.g., due to roaming from one network interconnect to another), the Mobility Management Server maintains the connection to the associated peer task—allowing the Mobile End System to maintain a continuous connection even though it may temporarily lose contact with its network medium. In one example, Mobility Management Server communicates with Mobile End Systems using Remote Procedure Call and Internet Mobility Protocols.

**55 Claims, 32 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| 5,166,931 A | 11/1992 | Riddle |
| 5,181,200 A | 1/1993 | Harrison |
| 5,212,684 A | 5/1993 | MacNamee et al |
| 5,212,806 A | 5/1993 | Natarajan |
| 5,224,098 A | 6/1993 | Bird et al |
| 5,291,544 A | 3/1994 | Hecker |
| 5,307,490 A | 4/1994 | Davidson et al |
| 5,327,577 A | 7/1994 | Uddenfeldt |
| 5,349,678 A | 9/1994 | Morris et al |
| 5,442,791 A | 8/1995 | Wrabetz et al |
| 5,448,619 A | 9/1995 | Evans et al |
| 5,475,819 A | 12/1995 | Miller et al |
| 5,481,535 A | 1/1996 | Hershey |
| 5,491,800 A | 2/1996 | Goldsmith et al |
| 5,499,343 A | 3/1996 | Pettus |
| 5,504,935 A | 4/1996 | Vercauteren |
| 5,515,508 A | 5/1996 | Pettus et al |
| 5,548,723 A | 8/1996 | Pettus |
| 5,559,800 A | 9/1996 | Mousseau et al |
| 5,564,070 A | 10/1996 | Want et al |
| 5,568,645 A | 10/1996 | Morris et al |
| 5,594,731 A | 1/1997 | Reissner |
| 5,602,916 A | 2/1997 | Grube et al |
| 5,623,601 A | 4/1997 | Vu |
| 5,633,868 A | 5/1997 | Baldwin et al |
| 5,657,390 A | 8/1997 | Elgamal et al |
| 5,666,653 A | 9/1997 | Ahl |
| 5,668,837 A | 9/1997 | Dent |
| 5,673,322 A | 9/1997 | Pepe et al |
| 5,682,534 A | 10/1997 | Kapoor et al |
| 5,717,737 A | 2/1998 | Doviak et al |
| 5,721,818 A | 2/1998 | Hanif et al |
| 5,724,346 A | 3/1998 | Kobayashi et al |
| 5,732,074 A | 3/1998 | Spaur et al |
| 5,732,076 A | 3/1998 | Ketseoglou et al |
| 5,745,850 A | 4/1998 | Aldermeshian et al |
| 5,748,897 A | 5/1998 | Katiyar |
| 5,754,774 A | 5/1998 | Bittinger et al |
| 5,754,961 A | 5/1998 | Serizawa et al |
| 5,758,186 A | 5/1998 | Hamilton et al |
| 5,768,525 A | 6/1998 | Kralowetz et al |
| 5,771,459 A | 6/1998 | Demery et al |
| 5,784,643 A | 7/1998 | Shields |
| 5,812,819 A | 9/1998 | Rodwin et al |
| 5,835,725 A | 11/1998 | Chiang et al |
| RE36,078 E | 2/1999 | Uddenfeldt et al |
| 5,909,431 A | 6/1999 | Kuthyar et al |
| 5,918,016 A | 6/1999 | Brewer et al |
| 5,935,212 A | 8/1999 | Kalajan et al |
| 5,941,956 A | 8/1999 | Shirakihara et al |
| 5,956,640 A | 9/1999 | Eaton et al |
| 5,968,176 A | 10/1999 | Nessett et al |
| 5,987,611 A | 11/1999 | Freund |
| 6,006,090 A | 12/1999 | Coleman et al |
| 6,052,725 A | 4/2000 | McCann et al |
| 6,131,121 A | 10/2000 | Mattaway et al |
| 6,147,986 A | 11/2000 | Orsic |
| 6,167,513 A | 12/2000 | Inoue et al |
| 6,170,057 B1 | 1/2001 | Inoue et al |
| 6,185,184 B1 | 2/2001 | Mattaway et al |
| 6,195,705 B1 | 2/2001 | Leung |
| 6,198,920 B1 | 3/2001 | Doviak et al |
| 6,212,563 B1 | 4/2001 | Beser |
| 6,230,004 B1 | 5/2001 | Hall et al |
| 6,233,616 B1 | 5/2001 | Reid |
| 6,233,619 B1 | 5/2001 | Narisi et al |
| 6,240,514 B1 | 5/2001 | Inoue et al |
| 6,243,749 B1 | 6/2001 | Sitaraman et al |
| 6,243,753 B1 | 6/2001 | Machin et al |
| 6,249,818 B1 | 6/2001 | Sharma |
| 6,252,884 B1 | 6/2001 | Hunter |
| 6,412,025 B1 | 6/2002 | Cheston et al |
| 6,415,329 B1 | 7/2002 | Gelman et al |
| 6,418,324 B1 | 7/2002 | Doviak et al |
| 6,438,594 B1 | 8/2002 | Bowman-Amuah |
| 6,477,543 B1 | 11/2002 | Huang et al |
| 6,510,153 B1 * | 1/2003 | Inoue et al ... 370/354 |
| 6,597,671 B1 | 7/2003 | Ahmadi et al |
| 6,614,774 B1 | 9/2003 | Wang |
| 6,636,502 B1 * | 10/2003 | Lager et al ... 370/352 |
| 6,694,366 B1 * | 2/2004 | Gernert et al ... 709/227 |
| 6,714,987 B1 | 3/2004 | Amin et al |
| 6,732,177 B1 * | 5/2004 | Roy ... 709/227 |
| 6,804,720 B1 * | 10/2004 | Vilander et al ... 709/229 |
| 2001/0009025 A1 | 7/2001 | Ahonen |
| 2001/0042201 A1 | 11/2001 | Yamaguchi et al |
| 2001/0047474 A1 | 11/2001 | Takagi et al |
| 2001/0052081 A1 | 12/2001 | McKibben et al |
| 2002/0066036 A1 | 5/2002 | Makineni et al |
| 2002/0075812 A1 | 6/2002 | Corwin |
| 2002/0091855 A1 | 7/2002 | Yemini et al |
| 2002/0093956 A1 | 7/2002 | Gurin |
| 2002/0122394 A1 | 9/2002 | Whitmore et al |
| 2002/0147843 A1 | 10/2002 | Rao |
| 2002/0167922 A1 | 11/2002 | Inoue et al |
| 2002/0176383 A1 | 11/2002 | Inoue et al |
| 2003/0017845 A1 | 1/2003 | Doviak et al |
| 2003/0061384 A1 | 3/2003 | Nakatani |
| 2003/0223439 A1 | 12/2003 | O'Neill |
| 2003/0228874 A1 | 12/2003 | Mallette |

OTHER PUBLICATIONS

WRQ White Paper, "TCP/IP: The Best Protocol for Remote Computing," 13 pages (Nov 14, 1996)
WRQ White Paper, "Reducing the Cost of PC Connectivity," 7 pages (Nov 25, 1996)
WRQ White Paper, "TCP Kernel Architecture-The Silent TCP/IP Issue," 4 pages (Nov. 14, 1996)
WRQ White Paper, "How WRQ's TCP/IP Reduces Costs and Improves Reliability in Remote and Mobile Computing," 5 pages (Nov. 14, 1996)
Zenel, Bruce, Thesis Proposal, "A Proxy Based Filtering Mechanism for The Mobile Environment," Dept. of Computer Science, Columbia University, New York, NY, 52 pages (undated)
Badrinath, B R , et al., "Handling Mobile Clients: A Case for Indirect Interaction," Department of Computer Science, Rutgers University, 7 pages (Oct. 1993)
Brown, Kevin, et al , "M-UDP: UDP for Mobile Cellular Networks," Department of Computer Science, University of South Carolina, 19 pages (Sep. 4, 1996)
Brown, Kevin, et al., "M-TCP: TCP for Mobile Cellular Networks," Department of Computer Science, University of South Carolina, 25 pages (Jul 29, 1997)
Zenel, Bruce et al , "A General Purpose Proxy Filtering Mechanism Applied to the Mobile Environment," 12 pages (undated)
Piscitello, D., Internet Draft, "Mobile Network Computing Protocol (MNCP)," 55 pages (Aug 28, 1997)
Bakre, Ajay et al , "M-RPC: A Remote Procedure Call Service for Mobile Clients," ACM Presents MobilCom '95, Proceedings of The First Annual International Conference on Mobile Computing and Networking, pp 97-110 (Nov 13-15, 1995)
Droms, R , Network Working Group, Request for Comments memo, "Dynamic Host Configuration Protocol," Bucknell University, 39 pages (Oct 1993)

Information Sciences Institute, "Transmission Control Protocol-DARPA Internet Program Protocol Specification," Sep 1981; http://www.csl.sony.co.jp/cgi-bin/hyperrfc?rfc793.txt

Berners-Lee et al, "Hypertext Transfer Protocol-HTTP/1.0"; May 1996; http://www.cis.ohio-state.edu/htbin/rfc/rfc1945.html

C Perkins and J Tangirala, "DHCP for Mobile Networking with TCP/IP," Proc IEEE Int'l Symp Systems and Comm, Jun 1995, pp 255-261

R. Droms, "Dynamic Host Configuration Protocol," IETF RFC 2131, Mar 1997

S Alexander and R Droms, "DHCP Options and BOOTP Vendor Extensions," IETF RFC 2132, Mar 1997

Perkins, C, "Mobile Networking Through Mobile IP," Copyright 1997 Institute of Electrical and Electronics Engineers, Inc, 15 pages

Product Information, PadCom, Inc, PadCom Connectivity Suite, "Connectivity Suite Technical Overview" (2001, 2002)

Weber, Chris, "Using IPSec in Windows 2000 and XP, Part One," http://www.securityfocus.com/infocus/1519 (Dec 5, 2001)

Harkins, et al., "The Internet Key Exchange (IKE)", Networking Working Group RFC 2409 (Nov. 1998)

Housley, et al, "Internet X 509 Public Key Infrastructure Certificate and CRL Profile," Networking Working Group RFC 2459 (Jan 1999).

Atkinson, "IP Encapsulating Security Payload (ESP)," Networking Working Group RFC 1827 (Aug 1995)

Atkinson, "IP Authentication Header," Networking Working Group RFC 1826 (Aug 1995)

Atkinson, "Security Architecture for the Internet Protocol," Networking Working Group RFC 1825 (Aug 1995)

Perkins, "IP Mobility Support," Network Working Group RFC 2002 (Oct. 1996)

Perkins, "IP Mobility Support for the IPv4," RFC 3220 (Jan 2002)

ANSI/IEEE Std 802 11, 1999 Edition, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

ANSI/IEEE Std 802 11, 1999 Edition, Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications (1999)

Pietrik, Matt, "Learn System-Level Win32 Coding Techniques by Writing an API Spy Program", MSJ, (Dec 1994)

Robbins, John, "Bugslayer", MSJ, Feb 1998, http://www-microsoft.com/msj/0298/bugslayer0298.htm (Feb 1998)

Robbins, John, "Bugslayer", MSJ, Jun 1999, http://www-microsoft.com/msj/0699/BugSlayer/Bugslayer0699.htm (Jun 1999)

Richter, Jeffrey, "Programming Applications For Microsoft Windows", Fourth Edition, Chapter 22, Microsoft Press, (1999)

"Debugging Applications", John Robbins, Microsoft Press (2000)

Nasarre, Christophe, "Debug Detect and Plug GDI Leaks in Your Code with Two Powerful Tools for Windows XP," MSDN Magazine, (Jan 2003)

Savarese, Joe, "Security standards improve," reprinted from Communications News (Jan 2002)

Piscitello, D., Phifer, Internet Draft L. Core Competence Wang Y. Hovey, R Bellcore: "Mobile Network Computer Protocol (MNCP)" Sep 3, 1997

Molta, Dave, "WLAN Security on the Rise," Network Computing, Feb 4, 2002

Savarese, Joe, "Wireless: Security Standards Improve," ComNews.com, Jan 7, 2002

Rash, Wayne, "All Networks are Insecure," ZDNet, Jan 18, 2002

Wexler, Joanie, "Big-picture approaches to security," Network World Fusion, Jan 2, 2002

"Computerworld's Emerging Companies to Watch in 2002," Computerworld, Nov 26, 2001

Phifer, Lisa, "Improving WLAN Security," 802 11-Planet.com, Nov 26, 2001

Peretz, Matthew, "PEAR Shaped WLAN Product Unveiled," 802 11-Planet.com, Nov 12, 2001

"PEAR Wireless, NetMotion Collaborate To Offer Secure, High Performance WLAN," TMCnet.com, Nov 13, 2001

Rist, Oliver, "Where's the Killer App?" SD Times, Nov 1, 2001

Rysavy, Peter, "Break Free With Wireless LANs," Network Computing, Oct 29, 2001.

Rash, Wayne, "Wireless Security Gets a Jumpstart," ZDNet (www.zdnet.com/enterprise), Oct 25, 2001

Marek, Sue, "Wireless' Weakest Links," Wireless Week, Oct 24, 2001

Molta, Dave, "Mobile & Wireless Technology (NetMotion Mobility Keeps Wireless Apps Grounded)," Network Computing, Oct 1, 2001

Chan, Sharon Pian, and Tricia Duryee, "Computers: Protection sought against disruption from hackers," Seattle Times, Sep. 30, 2001

Mannion, Patrick, "IP mobility to run seamless course," EE Times, Sep. 25, 2001

Wexler, Joanie, "Pick a network, any network," Network World Wireless Newsletter, Sep 17, 2001

Benesh, Peter, "Hospital Cuts Errors With Wireless Data," Investor's Business Daily, Aug 22, 2001

"NetMotion: Curing the Wireless LAN at St Luke's Episcopal Hospital," Netmotion Wireless, Inc , Feb 26, 2001

"Past is prologue: expand data access," Government Computer News, telephone interview with Doug Walker by GCN chief technology editor Susan M. Menke (www.gcn.com), Aug. 20, 2001

Ohlhorst, Frank, "Seamless Wireless Connectivity," Computer Reseller News (CRN), Aug 9, 2001.

Dragan, Richard V "Getting Real With Wireless," PC Magazine, Aug. 1, 2001

"NetMotion Puts Mobility 3 0 into Open Beta," Midrange Computing (Jul 11, 2001)

"NetMotion Mobility 3 0 Beta Extends Continuous Wireless Connections To Windows 2000," Wireless Developer Network-Daily News, Jul 10, 2001

Schroeder, Max, "Adaptation And Evolution," Communications Convergence, Jul 5, 2001

Johnson, Amy Helen, "Persistence Pays Off For Wireless Vendor," Computerworld, Jul 2, 2001

Gibbs, Mark, "Non-stop wireless," Network World Web Applications Newsletter, Jun 20. 2001

Franklin, Curtis, "Wireless Works: NetMotion makes the difference in wireless networks," Internet Week, May 7, 2001

"WRQ's NetMotion raises $8M," MSNBC.com, Apr 3, 2001

"Dealflow," Red Herring Communications, Apr 5, 2001

Elad, Barry, "The Money is Back in Motion," Seattle Internet com
"NetMotion, a WRQ spinoff, closes a round of funding," Seattle Times, Business Digest, Apr 3, 2001
"WRQ's mobile access unit now NetMotion," Seattle P-I, Tech Digest, Business section, Apr 3, 2001
"WRQ Creates NetMotion Wireless," eAI Journal, Apr 10, 2001
Nelson, Matthew G, "WRQ Plans Wireless Spin-off," Information Week Via Comm Web, Apr. 4, 2001
Top Wireless Specialists Offer NetMotion Wireless Solution, Wireless Week, Apr. 4, 2001
"WRQ Creates NetMotion Wireless," The Unstrung Stringer (www unstrung com), Apr. 4, 2001 http://www unstrung/.
"WRQ Spins of its Mobile Access Business Unit," Mobileinfo com, News section, Issue #2001—Apr 16, 2001 (Updated Apr 18, 2001)
"WRQ Spins Off Mobile Business As NetMotion Wireless," Midrange Computing Apr. 3, 2001
"NetMotion lands $8 million in spinoff," PSBJ Online (Puget Sound Business Journal), Apr 3, 2001.
"Top Wireless Specialists Offer NetMotion Wireless Solution," PR Newswire (Today's News), Apr 18, 2001
"NetMotion Wireless Makes $8 Million," Deal Watch Daily, Apr 3, 2001.
Schuumans, Jos, "NetMotion Wireless spun off as version 2 available," WOW! Wireless, Mar 6, 2001
"New Products," Wireless Week (Wireless Review via NewsEdge Corporation), Feb. 5, 2001.
"Going Mobile: Are Apps to Go the Way to Go?" Application Planet (Feb 1, 2001)
Rash, Wayne, "Wireless Networks Are Great, But Don't Forget The Security," Internet Week, Jan 22, 2001
Harris, Siân, "Standards debate entangles wireless local-area networks," Wireless Web, Jan 2001
Veldkamp, Tania, "Roaming over routers nu ook met Pocket PC's," [Dutch] VNUnet.nl, Dec 21, 2000
Elachi, Joanna, "WRQ Ships NetMotion 2 0," CommWeb, Dec. 12, 2000
"NetMotion Increases Features," CE city (now dba Pocket PC city), Dec 12, 2000
Poropudas, Timo, "Mainframe emulator skills come in handy for wireless roaming," WOW! Wireless, Dec 8, 2000
Wexler, Joanie, "Mobile IP gotcha," Network World Wireless in the Enterprise Newsletter, Dec 4, 2000
Julien, Shelly, "Smooth Wireless Glitches," ComNews com, Oct 2000.
Rist, Oliver, "A Wonderful Wireless World at Fall N+I," Planet IT (NetMotion Wireless), Oct 18, 2000
Glascock, Stuart, "Intel Debuts NetStructure Appliances at N+I," CMPnet, the Technology Network, Sep 26, 2000
"Cast Your Vote For 'Wireless Survivor'," Wireless Week, Sep 11, 2000
Zetie, Carl, "WRQ NetMotion Provides a Simple Solution to Mobility," Giga Information Group, Sep 6, 2000
"WRQ NetMotion—A Solution for IT Wanderlust," Mobile Insights (Sep 2, 2000)
Julien, Shelly, "Bringing Down the Barriers to Wireless Computing," Wireless Design Online: News and Analysis, Jul 24, 2000
"First Things First: Top 10 Things to Know About Wireless," Network Computing, Jul 10, 2000
"Networld + Interop 2000 Las Vegas," [German] LANline, Jul 2000

"Microvision Teams With WRQ to Pursue Opportunities for Mobile Computing in Wireless LAN and WAN Markets," PR Newswire (Company News On Call), Jun. 1, 2000
"Draadloos het netwerk op," [Dutch] VNUnet nl, May 25, 2000
Glascock, Stuart, "Vendors Get Early Start on Showcasing Wares," TechWeb News, May 9, 2000
"NetMotion Keeps Wireless Connections Going, No Matter What," The Jerusalem Post, Internet Edition (Apr. 2, 2000)
"Actualité/En bref," [French] Le Journal du Net, Mar 28, 2000.
"WRQ Takes Wraps Off NetMotion Connectivity Manager," Xephon, Mar 24, 2000
Rist, Oliver, and Brian Chee, "Look, Ma   No Wires," Internet Week Online, Mar 14, 2000
"Breaking News," Wireless Week (Apr 23, 2001)
"ETSI TS 123 060, V3 3.0, Digital cellular telecommunications system (Phase 2+)(GSM); Universal Mobile Telecommunications System (UMTS); General Packet Radio Service (GPRS); Service description; Stage 2 (3G TS 23 060 version 3 3 0 Release 1999)," pp 1–186 (Apr 2000)
"3G TS 23 171, V3 1 0, 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Functional stage 2 description of location services in UMTS (Release 1999)," pp 1–48, XP002269105 (Jul. 2000)
Katz, D., Network Working Group Internet Draft, "Transmission of IP and ARP over FDDI Networks," (Sep. 14, 1992)
Ohta, M et al, Internet Draft draft-ohta-ip-over-atm-02.txt, Conventional IP over ATM (Mar 1995)
Ranch, C, Internet Area Internet Draft, "Transmitting IP Traffic over LocalTalk Networks" (Jul 1992)
Stevenson, H et al, Network Working Group Internet Draft, "A Method for the Transmission of IP Datagrams Over SNA Networks Using LU6 2 Conversations" (May 11, 1992)
Jacobson, V et al, Networking Working Group Request for Comments: 1072, "TCP extensions for long-delay paths" (Oct 1988)
Jacobson, V., Networking Working Group Request for Comments: 1144, "Compressing TCP/IP headers for low-speed serial links" (Feb. 1990).
Jacobson, V, et al, "Congestion Avoidance and Control" (Nov 1988)
Medhi, D, et al, "Network Dimensioning and Performance of Multiservice, Multirate Loss Networks with Dynamic Routing," IEEE/ACM Transactions on Networking, vol. 5, No 6, pp 944–957 (Dec 1997)
Inouye, Jon et al, "Dynamic Network Reconfiguration Support for Mobile Computers," MOBICOM 97 Budapest Hungary, pp 13–22 (1997)
Alanko, T., et al, "Mobile computing based on GSM: The Mowgli approach," IFIP '96 World Conference—Mobile Communciations, Canberra, Australia (Sep 2–6, 1996)
Katz, R H., et al, The Bay Area Research Wireless Access Network (BARWAN)
The UC Berkeley BARWAN Research Project CDROM, with Index, http://daedalus cs berkeley edu/
Kleinrock, Leonard, Nomadix, Inc, "On Some Principles of Nomadic Computing and Multi-Access Communications," *IEEE Communications Magazine*, pp 46–50 (Jul 2000)

Caporuscio, Maurio, et al., "Design and Evaluation of a Support Service for Mobile, Wireless Publish/Subscribe Applications," IEEE Transactions on Software Engineering, vol 29, No 12, pp 1059–1071 (Dec 2003).

Mink, Stefan, et al., "Towards Secure Mobility Support for IP Networks," 2000 IEEE, pp. 555–562

Johnson, David B., et al., "Mobility Support in IPv6," IETF Mobile IP Working Group, Internet–Draft, XP–002951077 (Jul. 2, 2000)

Technical Report, 3G TR 23 923 V3 0.0 (May, 2000), XP–002282368, 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Combined GSM and Mobile IP Mobility Handling in UMTS IP CN

Valko, A., et al., XP–002133539, Internet Draft, "Cellular IP" (Nov. 18, 1998).

Technical Report, 3GPP TR 23 922 V1 0 0 (Oct 1999) XP–002144276, 3rd Generation Partnership Project, Technical Specification Group Services and Systems Aspects; Architecture for an All IP network

Balakrishnan, Hari, et al., XP–000734405, "A Comparison of Mechanisms for Improving TCP Performance over Wireless Links," IEEE/ACM Transactions on Networking, vol 5, No 5, Dec 1997

Ala-Laurila, Juha, et al., "Implementation of the wireless ATM access terminal," Computer Networks 31, pp 959–973 (1999).

Kei, Lee Man, et al., "An Efficient RPC Scheme in Mobile CORBA Environment," IEEE (2000)

Wright, Michele, XP–002116275, "Using Policies for Effective Network Management," International Journal of Network Management, 9, 118–125 (1999)

Technical Specification, ETSI TS 123 107 V3 3 0 (Jul. 2000), XP–002201573, Universal Mobile Telecommunication System (UMTS); QoS Concept and Architecture (Release 1999)

Martin, Jean–Christophe, "Policy–Based Networks," XP–002271561, Sun BluePrints OnLine (Oct 1999)

IP Mobility Support (RFC2002, IETF Oct 1996)

Perkins et al, DHCP for IPv6, The Third IEEE Symposium on Computers and Communications (ISCC'98) Athens, Greece Jun 30–Jul 2, 1998

Perkins et al, DHCP for Mobile Networking with TCP/IP (ISCC 1995), http://people nokia net/charliep/

Perkins et al, "Using DHCP with Computers that Move" (Wireless Networking 1993), http://people nokia net/charliep/

Dynamic Host Configuration Protocol, RFC 2131 (IETF Mar 1997), http://people nokia net/charliep/.

Other papers authored by Charles Perkins posted at http://people nokia net/charliep/

www.geckil com search engine results using, for example, search terms "DHCP" and "Mobility"

* cited by examiner