

FIG. 1



FIG. 2



FIG. 2A



FIG. 3



FIG. 3A



FIG. 3B



FIG. 4



FIG. 5 Process Association Work



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6



FIG. 7



Fig. 8
Process Priority
Dispatch Queues



FIG. 9
Proxy Generated
RPC Calls



Internet Mobility Protocol
Connection Decision Tree.

FIG. 10A    Connect and Send request logic