

FIG. 10B



FIG. 10C



FIG. 11
Terminate Connection request logic



## Fig. 12

Retransmit Event Logic



FIG. 12A

FIG. 12B



FIG. 12C

Retransmission of IMP Frame



FIG. 13A
Receive Event Logic



Fig. 13B



FIG. 13C



FIG. 14A

Passive Connection request logic



FIG. 14B



FIG. 15A

Abort Connection request logic



FIG. 15B

Socket: ⎤
| servers | linked list of server |
| xid | integer transaction ID number |
| ping | counter |
| timeout | time-out value that can be backed off |

902

Server: ⎤
| next | pointer to next server |
| serverID | IP Address of a DHCP server |
| giaddr | BOOTP Relay agent recently associated with this server |
| ping | c.f. socket ->ping |
| new | flag |

904

FIG. 16

DHCP Listener Data Structures



Fig. 17



FIG. 17A



FIG. 18
ROAMING CONTROL CENTER—
Mobile End System