IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-889 |
| ) | |
| NETMOTION WIRELESS, INC. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judge of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Padcom, Inc. ("Padcom") certifies that no publicly held entities directly or indirectly own 10% or more of Padcom.

{J21313 1 00002844.DOC}

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/*

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
Tel.: 302-571-6600


Neil F. Greenblum
Michael J. Fink
Jill M. Browning
Van C. Ernest
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

Attorneys for Plaintiff Padcom, Inc.

Dated: December 28, 2005