IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETMOTION WIRELESS, INC.,<br><br>　　　　Defendant. | C. A. No. 05-889-SLR |

**DEFENDANT NETMOTION WIRELESS, INC.'S MOTION TO DISMISS THE DECLARATORY JUDGMENT COMPLAINT OF PADCOM, INC. FOR LACK OF JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3)**

Defendant NetMotion Wireless, Inc. ("NetMotion"), by and through its undersigned counsel, respectfully submits this Motion to Dismiss the Declaratory Judgment Complaint of Padcom, Inc. ("Padcom") for Lack of Jurisdiction Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3).

Dated: January 6, 2006　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By: */s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　(marsden@fr.com)
　　　　　　　　　　　　　　　　　　Sean P. Hayes (#4413)
　　　　　　　　　　　　　　　　　　(hayes@fr.com)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1114
　　　　　　　　　　　　　　　　　　(302) 778-8401

　　　　　　　　　　　　　　　　　　Katherine Kelly Lutton
　　　　　　　　　　　　　　　　　　(lutton@fr.com)
　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 500
　　　　　　　　　　　　　　　　　　Redwood City, CA 94063

　　　　　　　　　　　　　　　　　　Barry K. Shelton
　　　　　　　　　　　　　　　　　　(shelton@fr.com)
　　　　　　　　　　　　　　　　　　One Congress Plaza
　　　　　　　　　　　　　　　　　　111 Congress Avenue, 4th Floor
　　　　　　　　　　　　　　　　　　Austin, TX 78701

　　　　　　　　　　　　　　　　Attorneys for Defendant and Counter-Claimant
　　　　　　　　　　　　　　　　NetMotion Wireless, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed **DEFENDANT NETMOTION WIRELESS, INC.'S MOTION TO DISMISS THE DECLARATORY JUDGMENT COMPLAINT OF PADCOM, INC. FOR LACK OF JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on January 6, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participants:

Jill M. Browning
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191-1411

                                                */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC.,<br><br>    Plaintiff ,<br><br>  v.<br><br>NETMOTION WIRELESS, INC.,<br><br>    Defendant. | C.A. No. 05-889-SLR |

**(PROPOSED) ORDER TO DISMISS THE DECLARATORY JUDGMENT COMPLAINT OF PADCOM, INC. FOR LACK OF JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(h)(3)**

Having reviewed the briefs submitted by the parties regarding Plaintiff's Padcom, Inc.'s Complaint for Declaratory Judgment,

**IT IS ORDERED** that Defendant's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

80029327.doc