IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NETMOTION WIRELESS, INC.,<br><br>        Defendant. | C.A. No. 05-889-SLR |

**DECLARATION OF KATHERINE KELLY LUTTON IN SUPPORT
OF DEFENDANT NETMOTION WIRELESS, INC.'S MOTION TO
DISMISS THE DECLARATORY JUDGMENT COMPLAINT
OF PADCOM, INC. FOR LACK OF JURISDICTION
PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 12(b)1 AND 12(h)(3)**

I, Katherine Kelly Lutton, declare as follows:

1. I am a principal of Fish & Richardson P.C., counsel of record in this action for Defendant NetMotion Wireless, Inc. I am a member of the Bar of the State of California and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. In a January 4, 2005 call with Mr. Michael Fink of Greenblum and Bernstein, counsel for Padcom, I asked Mr. Fink to clarify the bases for declaratory judgment jurisdiction. Mr. Fink responded by saying that "the complaint speaks for itself." He stated that if I did not understand the complaint, he should not have to explain it to me. He also stated that the only way he would dismiss the complaint was if NetMotion was willing to enter into a covenant not to sue.

3. NetMotion did not assert any of its patents in *Padcom Inc. v. NetMotion Wireless, et al.*, C.A. No. 03-983 (D. Del. 2003) ("*Padcom I*") or the related litigation.

4. Attached hereto as Exhibits A-O are true and correct copies of Padcom's December 27, 2005 press release, or portions thereof, as reported in the media.

5. Attached as Exhibit P is a true and correct copy of an IP Law Bulletin Article dated January 3, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Redwood City, California, this 6th day of January, 2006.

_____
Katherine Kelly Lutton

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, I electronically filed the **DECLARATION OF KATHERINE KELLY LUTTON IN SUPPORT OF DEFENDANT NETMOTION WIRELESS, INC.'S MOTION TO DISMISS THE DECLARATORY JUDGMENT COMPLAINT OF PADCOM, INC. FOR LACK OF JURISDICTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)1 AND 12(h)(3)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

Josy W. Ingersoll
Adam W. Poff
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391

I hereby certify that on January 6, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Jill M. Browning
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191-1411

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.