# Exhibit A

3 of 4 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

December 28, 2005 Wednesday 12:45 AM GMT

**LENGTH:** 463 words

**HEADLINE:** Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

**DATELINE:** BETHLEHEM, Pa. Dec. 27

**BODY:**

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R) software solutions, including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre- existing technology to the U.S. Patent and Trademark Office.

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com/ .

CONTACT: Cari Brunelle, +1-302-656-6096, or Brunellec@jaffeassociates.com , for Padcom, Inc.

Web site: http://www.padcomusa.com/

SOURCE Padcom, Inc.

**URL:** http://www.prnewswire.com

Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceabl

**LOAD-DATE:** December 28, 2005

1237KC

********* Print Completed *********

Time of Request:   January 04, 2006  01:18 PM EST

Print Number:      1822:77449208
Number of Lines:   49
Number of Pages:

Send To:  N/L, 1237KC
          NETMOTION WIRELESS
          701 N 34TH ST STE 250
          SEATTLE, WA 98103-3414

# Exhibit B





home | message boards | register | dancing | webinars | advertising info | archive | drinking | white papers | about

PREVIOUS UNSTRUNG NEWS FEED



REGISTER for our new publication focused on putting 802.11 wireless LAN technology to work!

NEWS, ANALYSIS, AND EDUCATION
802.11

**column**

**white papers**

**wireless gizmo**

**reports**

**Q & A**

**editorial calendar**

**unstrung 25**

**case studies**



A WIRELESS INFRASTRUCTURE RESEARCH SERVICE

DECEMBER 2005
**Wireless VOIP & UMA: Friends or Foes?**
This report analyzes the forces driving UMA adoption, as well as UMA technology, standards, equipment provider initiatives, and operator deployment scenarios. It focuses on how UMA can exploit a narrow window of opportunity (around three years) before SIP-WiFi and IMS solutions are standardized, mature, and ready for the mass market.

Subscribe

Upcoming Reports

**user preferences**

LIGHT READING

# Padcom Files Patent Suit
12.28.05



BETHLEHEM, Pa. -- Padcom®, Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology in these patents relates to Padcom's TotalRoam® software solutions, including TotalRoam® Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

ADVERTISEMENT

 Meru Ad

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom® President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre-existing technology to the U.S. Patent and Trademark Office.

Padcom Inc.

reprint this article | printable format | email to a friend

**Discuss this story...**

**Unstrung Networking Market Place**

**Customize Linux for Your Embedded Project**
Customize Linux to the unique requirements of your embedded project using continuously-updated web-based resource containing 500+ cross-compiled packages, latest processor-optimized Linux, tools and more. Subscriptions from $399

**FirstSpot - Wi-Fi Hotspot wireless gateway**
Wi-Fi Hotspot Management Software for Windows - various enhancements include Data Transfer tracking and Quota System, Hour-pass/day-pass, RADIUS Authentication Mode, Client Isolation and more ...

Networking the Telecom Industry

BYTE AND SWITCH
The storage networking site



UNSTRUNG INSIDER
A Wireless Infrastructure Research Service

LIGHT READING INSIDER
A Telecommunications Research Service

LIGHT READING'S COMM CHIP INSIDER
A Silicon & Subsystem Research Service

LIGHT READING'S SERVICES SOFTWARE INSIDER
A Service Delivery Research Service

INFORMATION about our seminars and roadshows

REGISTER for upcoming free Web seminars

**Wireless - PDA & Cell Phone Batteries - AtBatt.com**
Tired of low battery reading? AtBatt.com can provide fresh power to your wireless devices. Simply choose your Brand and Model from our database to find your correct battery. Black Berry, Dell, HP, Toshiba, Nokia, Motorola and more.

**Electronic Components**
Doom.com is an online marketplace, enabling trade of electronic components stock and availability worldwide with pricing from independent and franchised distribution. Millions of semiconductors, both active and passive are traded each day. B2B Only.

**ASIC, SoC & IP Design Solutions | Intrinsix**
Analog, Mixed-Signal and Digital ASIC, SoC and IP Design Solutions are available from Intrinsix Corp. Important numbers to consider: 20 Years in business. 650+ designs completed. 17 Years of Industry Experience per Engineer. No 1 does it better!

Buy a link now

Market Data provided by DTN Market Access
Quotes are delayed at least 20 minutes.
Copyright © 2000-2006 Light Reading Inc. All Rights Reserved.
Privacy Policy   Terms of Use   Editorial Disclosure   RSS

# Exhibit C



**Acceso miembros**    Login [          ]    Contraseña [          ]  OK    Jueves, 05/01/06 - 20:07 CET    Ne

☒ BOLSAMANIA    Cotizaciones    Noticias    Análisis    Internacional    Derivados    Fondos    Herrami
☒    ☒    ☒    ☒    ☒    ☒    ☒

[ Cotizaciones ▼ ]
[          ]  OK    Bolsamania »

☒    Los análisis técnicos de los valores a seguir de cerca están en nuestra sección "Análisis t haga clic aquí para consultarlos

Sección internacional    ☒ ☒ ☒

Página principal | Indices | Noticias | Análisis mercados | Ratings    Home
Comunicados | A. fundamentales | A. técnicos | Trader watch

Buscador Valores    Insertar Nombre: [          ]    Ver

[« Volver ]

## Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

28/12/2005 - 00:45 - (BMS) - PRNewswireBETHLEHEM, Pa.Dec. 27

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R) software solutions, including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across

WWW.EB FINANCIAL GROUP

Sabias que....
¿Tenemos todos los c
rating de los valores d
1 pon la cotizacion del
    deseas y en la ficha
    abajo los ultimos put
2 si pinchas sobre un c
    rating tendras el hist
    de ese valor
3 O pincha Aqui y entr
    en la seccion de rati
    **en bolsama**
    **te hacemos la vi**

multiple active dissimilar networks.





"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre- existing technology to the U.S. Patent and Trademark Office.

Últimas fichas visitada

Aquí se mostrarán las
cotizaciones que usted v

Web Financial Group Netw

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com/.

Padcom, Inc.

Copyright (c) 2005 PR Newswire Association LLC. Tous droits réservés.

Ofertas especiales

| ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
|---|---|---|---|---|---|
| Descubre | Visita nuestra | La inversión | Promoción para | Promoción para | Nun |

| nuestra nueva | sección de | alternativa más | usuarios de | usuarios de | senc |
| seccion de | analisis de | rentable | bolsamania | bolsamania | bols |
| warrants | Divisas | | | | |

**Cotizaciones:** Ir a sección | Ibex 35 | M.Continuo | Warrants | Futuros | Divisas | Tipos de interés - **No** sección | Noticias | Pulso de mercado | Agenda | Rumores | Ratings - **Análisis:** Ir a sección | A. técn fundamentales | Ratings | Favoritos del gurú | Carteras modelo - **Internacional:** Ir a sección - **Derivados** Cárpatos | Renta 4 Futuros | Warrants | TraderWatch - **Herramientas:** Ir a sección | Tiempo Real | Tra Cartera | Mapa de mercado - **Formación:** Ir a sección | Cursos y manuales | Juego: demuestra cuanto sab - **Servicios:** Ir a sección | Libreria online - **Comunidad:** Ir a sección | Foros

Contacte con nosotros: **Email:**              **Tlf / Fax:** 91 417 53 50

© 2001-2006 - **Bolsamania Tech Solutions**

☒ Division de Web Financial Group S.L.

Todos los derechos reservados

Queda prohibido específicamente, tanto directa como indirectamente transmitir toda o parte de la información a una tercera persona o facilitar el acceso a la misma. - Aviso lega internacional

# Exhibit D

☐ Yahoo! Finance

Search - Finance Home - Yahoo! - Help

☒ PR
Newswire

**Welcome [Sign In]**

To track stocks & more, Register

## Financial News

Enter symbol(s) [          ] [Basic ▼] [ Get ]  Symbol Lookup

**Top Stories**

· Service Sector Grows, Jobless Claims Fall - AP (1:54 pm)
· Retailers Look to Face an Uncertain 2006 - AP (12:53 pm)
· Stocks Are Mixed on Retail Sales Reports - AP (1:22 pm)
· S&P Lowers Ratings for Ford, Ford Credit - AP (1:46 pm)

More...

**Press Release**

Source: Padcom, Inc.

Padcom(R) Files Suit Against NetMotion Alleging Invalid and
Unenforceable Patent
Tuesday December 27, 7:45 pm ET

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom®, Inc., a leading
wireless mobile VPN provider, filed a declaratory judgment action today
against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit
alleges a recently issued patent assigned to NetMotion is invalid,
unenforceable and not infringed.

The suit was filed in United States District Court for the District of
Delaware, where another action is pending between the two companies
in which Padcom alleges NetMotion infringes three of its patents: U.S.
Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-
983). The technology of these patents relates to Padcom's TotalRoam®
software solutions, including TotalRoam® Mobile Virtual Network
(MVN), which enable roaming across multiple active dissimilar
networks.

"We were concerned that NetMotion would bring suit against Padcom
based on the newly issued patent, so to adequately protect our interests
we had no choice but to file the suit," said Scott A. Stone, Padcom®
President and CEO. "This market continues to expand with our
technology at its core, and our customers require the protected patented
solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid
claim of NetMotion's patent. It also alleges that claims of the NetMotion
patent are invalid in light of similar technology that existed prior to the
filing date of the patent application, and that the patent is unenforceable
because NetMotion failed to disclose material information describing
pre- existing technology to the U.S. Patent and Trademark Office.

Padcom®, Inc., based in Bethlehem, Pa., specializes in developing,
licensing, selling and servicing software and hardware products that
enhance connectivity for wireless network users. Padcom is represented
by Neil Greenblum, Esq. of the intellectual property law firm
Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam
are registered trademarks of Padcom, Inc. All other product and
company names herein may be the registered property of their respective

· Most-emailed articles
· Most-viewed articles

**Finance Spotlight**

·

owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com.

Source: Padcom, Inc.

Email Story        Set News Alert        Print Story

Search News

Sponsor Results

Home Equity Loans - LendingTree.com
Fill out one simple form, receive up to four real home equity offers in minutes. When Banks Compete, You Win.
www.lendingtree.com

LeadSteps.com: Home Equity Loans
Get four free home refinance offers. Complete an easy online form. Historic low rates from leading lenders. No obligation. Bad credit ok.
www.leadsteps.com

Jobs in Equities
eFinancialCareers is a career management and job destination in the securities, investment banking and asset management industries. Post your resume today.
www.efinancialcareers.com

(What's This?)

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service
Copyright © 2005 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

# Exhibit E

Yahoo! My Yahoo! Mail

**YAHOO!** FINANCE **Sign In** New User?Sign Up

Search the Web [ ] **Search**

Finance Home - Help

PR Newswire

Welcome [Sign In]

To track stocks & more, Register

## Financial News

Enter symbol(s) [ ] [Basic ▼] **Get** Symbol Lookup





**Press Release**                Source: Padcom, Inc.

# Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

Tuesday December 27, 7:45 pm ET

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom® Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

ADVERTISEMENT

**$170,000 Mortgage as low as $560/month***

Get matched for free...   up to 4 lenders in 60 seconds*

CLICK YOUR STATE

[US state map grid]

NexTag

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam® software solutions, including TotalRoam® Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom® President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre-existing technology to the U.S. Patent and Trademark Office.

### Top Stories

- Howard Stern to Get $220M in Sirius Stock - AP (5:52 pm)
- Take-Two 4Q Early Results Miss Estimates - AP (5:09 pm)
- Service Sector Grows, Jobless Claims Fall - AP (1:54 pm)
- Retailers Have Modest Sales Gains in Dec. - AP (4:24 pm)

More...

- Most-emailed articles
- Most-viewed articles

Padcom®, Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http //www.padcomusa.com.

Source: Padcom, Inc.

✉ Email Story     ☎ Set News Alert     🖨 Print Story

| Search News |

Sponsor Results

Low Auto Refinance Rates - HSBC Auto
Refinance your car today and lock in great rates for new and used auto loans. Apply now, and receive a free no obligation quote in minutes with APRs from 5.39%.
www.hsbcusa-autoloans.com

Car Refinancing Loans
Let rate genius refinance your auto loan at no cost. Refinancing with us can lower your monthly payment, lower your interest rate and allow you to take up to 90 days until your next payment.
www.rategenius.com

Fast, Free Car Loan Refinancing Search
60 second online application. Immediate approval. All credit types  No obligation.
www.autodealsnetwork.com

(What's This?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.

# Exhibit F

Case 3:05-cv-05875-RJB Document 21-4 Filed 01/06/2006 Page 19 of 30




**On the Web**

**COMMUNICATIONS**

Want a cure!

Internet Telephony Conference and Expo will begin in: 18 Days, 21 Hours, 04 Minutes, 40 Seconds. Register Now!

Channels Home
CHANNELS

Service Provider

SERVICE PROVIDER
Enterprise

ENTERPRISE
Developer

Reseller
DEVELOPER

Government

RESELLER
Consumer

GOVERNMENT

Advertise
CONSUMER

Blogs

About TMC
News Alerts
Advertise

Blogs
News

News Alerts
Free eNews
Events

Free eNews
Publications
Events

Whitepapers
Publications

Content Submission

Content Submission

• What's New    • Events    • Publications    • Forums    • Contributors









E-mail to a Friend    Order Reprints    Print    TrackBack    Bookmark    Free Magazines    eNewsletter

**NEWS**

**[December 27, 2005]**

## Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.



Need to **CURE** your **VoIP HEADACHES?**

KENTROX

**Let Kentrox Help**

- Prioritize and manage WAN resources
- Minimize network downtime
- Protect call quality

request a free white paper to find out how

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R)

Subscribe Today!

CUSTOMER INTER ACTION

Channels Home

VoIP

Broadband Telephony

Broadband Voice

Conference Call/Audio
Web

Customer Interaction
Management

Enterprise VoIP
Gateways

software solutions, including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.
"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

Case 5:05-cv-00088-SMH Document 30    Filed 07/06/2006    Page 20 of 30

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre- existing technology to the U.S. Patent and Trademark Office.

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com/.

Padcom, Inc.

CONTACT: Cari Brunelle, +1-302-656-6096, orBrunellec@jaffeassociates.com, for Padcom, Inc.

Web site: http://www.padcomusa.com/

[ Back To TMCnet.com's Homepage ]

| Product | Description | Best Deals |
|---|---|---|

**Best Deal at Staples**
**Kodak EasyShare Z740 Digital Camera**

Quintum Technologies Executive to Keynote INTERNET TELEPHONY Conference & EXPO Ea

Attendees from 68 Countries Pre-Register for INTERNET TELEPHONY Conference & EXPO E

INTERNET TELEPHONY Conference & EXPO East 2006 Registrations Up 200% over 2005

TMC Adds Information Technology Section to Popular TMCnet Web Site

INTERNET TELEPHONY Magazine Announces 2005 "Product of the Year" Award Winners

Uniden to Present Conference Session at INTERNET TELEPHONY® Conference & EXPO East

Allen Chan to Discuss Security/Surveillance Over IP at INTERNET TELEPHONY Conference &

3rd Annual VoIP Developer Conference Call For Papers

Take our quick, 6-question survey regarding your company and your role in purchasing IT pr

CNBC's Ron Insana to Keynote INTERNET TELEPHONY Conference & EXPO East 2006

Headsets

Hosted IP

Hybrid IP

Internet Phone

IP Communications

IPCC

IP Conferencing and Collaboration

IP-PBX

IP-Phone System

IP Services

Media Processing

Metro Ethernet

Open Source PBX

Packet Telephony

Session Border Control

Selecting VoIP Solutions

Softswitch

Speech and Audio Codecs

Telecom Expense Mgmt

| | |
|---|---|
| Triple Play Channel | Tom Ridge to Keynote INTERNET TELEPHONY Conference & EXPO East 2006 |
| Voice over Broadband | Paradial to Present Conference Session at INTERNET TELEPHONY Conference & EXPO East |
| | TMC Launches IMS Magazine |
| VoIP | TMC Announces Two I-Pod Winners! |
| VoIP Alternatives | TMC Announces SIP Magazine, Targeting Developers, Enterprise Decision-Makers and Servic |
| | TMC Names Best of Show Winners From INTERNET TELEPHONY Conference & EXPO Fall 20 |
| VoIP Call Center | Attendance Tops 7,000 at INTERNET TELEPHONY Conference & Expo Fall 2005 in Los Angele |
| | Disaster Recovery for the Call Center Focus of Upcoming Webinar |
| VoIP Contact Center | Customer Interaction Solutions 2006 Buyers' Guide – Enhance Your Listing Today! |
| | INTERNET TELEPHONY 2006 Buyers' Guide – Enhance Your Listing Today! |
| VoIP Developer | INTERNET TELEPHONY Conference & EXPO East 2006 Brochure Now Available |
| VoIP Gateways | INTERNET TELEPHONY Magazine Declares 2006 'Year of VoIP Peering' |
| | Submit Your Application for Customer Interaction Solutions' 2006 Top 50 Teleservices Agenc |
| VoIP Headsets | INTERNET TELEPHONY Magazine Announces 2005 INTERNET TELEPHONY Excellence Awar |
| | Customer Interaction Solutions announce the 2005 TMC Labs Innovation Award Winners |
| VoIP Switching and Service Delivery | |
| VoIP Test Solutions | |
| Wholesale VoIP | |
| Wireless Headsets | |
| CRM | |
| Bus. Relationship Software | |
| Conference Call/Audio Web | |
| CRM Solutions | |
| Customer Care | |
| Cust. Experience Mgmt | |
| Customer Interaction Management | |

E-mail to a Friend   Order Reprints   Print   TrackBack   Bookmark   Add to Free Magazines   eNewsletter

INTERNET TELEPHONY Conference & EXPO: Jan 24-27, 2006 - Fort Laud
Reserve Your Space Now!

eBusiness Solutions

Headsets

Hosted Contact Center

IP Conferencing and Collaboration

OnDemand Communication

Open Source CRM

Sales Force Automation

Speech Applications

Speech Lifecycle Mgmt

Speech Recognition ASR

Speech Technologies

Web Based Help Desk

Wireless Headsets

Workforce Optimization

Call Center

Remote Call Monitoring

Agent Performance

Call Center

Call Center Furniture

Call Center Recording & Quality Solutions

Call Center Software

## TMCnet MarketPlace

### Virtual Hosted Call Center Solution
Set Up a World Class Call Center with our Reliable and Scalable Hosted Center Solution. Request Demo and Free Trial.

### Data-Tel Call Center Software starting at $300/mo.
Data-Tel Info Solutions is a leading provider of Call Center and Debt Col Software. Our Predictive Dialers and VoIP technology are a necessity for increasing your operation's efficiency. Try our Hosted Call Center Solu...

### IVR with W3C VoiceXML
Plum provides best-in-class VoiceXML IVR (Interactive Voice Response and software for the enterprise. Learn more about our proven, powerful, manageable solutions.

### 24/7 Inbound Call Center-The Connection
Award-winning web-enabled inbound call center service with 23 years of experience. Provides services to Fortune 500 companies in the industrie DRTV, Catalog, Pharmaceuticals, Healthcare, Telecommunications and

### We Buy Used Telecom and Networking Equipment
BlueStream Technologies is a top buyer of used and surplus telecom an networking equipment. We offer removal services and paid shipping. Re dollar fast, request a bid today.

### *Buy a Link Now*

---

**TMC's Customized Keymail Alert and RSS Service** `XML` Usage Instructions

To receive daily e-mail alerts and RSS URLs of stories posted on TMCnet.com, please enter **keyword terms** to match and your e-mail address.

**Popular Keywords: IP PBX**

Keyword 1:

Keyword 2:

Keyword 3:

E-mail Address:

Submit

**Most Popular Pages**

- New Digitrex(R) High-Definition Network LCD TVs Add Support for Microsoft Windows M
- Symbol Rolls Out PDT 8146 Handheld Featuring Voice Over Wi-Fi
- ENVIRONMENT: CLIMATE WATCHERS FEAR IMPENDING WORST-CASE SCENARIOS
- Go Mobile Through americawest.com and Get a Free BlackBerry 7100t(TM) With Purcha
- Iran Khodro to begin delivering Samand cars to Russia in Jan
- Russia turns off the gas taps
- Russia turns off the gas taps
- Internet Telephony WiFi Telephony

**Call Center Solutions**

**Call Center Training**

**Contact Center**

**Contact Center Technology**

**Customer Interaction Management**

**Do Not Call**

**Enterprise VoIP Gateways**

**Headsets**

**Hosted Contact Center**

**Inbound Call Center**

**IP Contact Center**

**Interactive Voice Recorder**

**Open Source CRM**

**Speech Applications**

**Speech Lifecycle Mgmt**

**Speech Recognition ASR**

**Speech Technologies**

**Unified Contact Center**

**Virtual Contact Center**

---

**Latest TMCnet Headlines**

- Dialexia Communications to Feature Dial-Gate Hosted PBX Module at Upcoming INTERNET TELEP 2006 in Fort Lauderdale, Florida
- No more waiting: laptops, computing devices get instant-on makeovers
- New Zealand skipper Mike Sanderson and his crew have a two nauticle mile lead in 2nd leg of Vo
- Alvarion's Fourth Quarter and Year End 2005 Earnings Release and Conference Call Scheduled fo
- AspenTech to Present at the Needham & Company Eighth Annual Growth Conference

**Latest Company News**

| | |
|---|---|
| AMD, Telefonica | Microsoft |
| AT&T | Qwest |
| AT&T | Samsung |
| Brasil Telecom | Siemens |
| China Unicom | Skype, Sennheiser |
| China Unicom | Telstra |
| Datameg | Toshiba |
| Google | Unisys |
| Huawei | UTStarcom |
| infoUSA | Verizon |
| Lenovo | Verizon Wireless |
| Level 3 | Vonage |

Subscribe FREE to all of TMC's monthly magazines. Click here r

**TMC**

The Authority on
Internet Phone, Customer Care, Softswitch, Broadband Voice, VoIP Call Center, Speech and Audio Codecs, Call Cer Communications, Customer Interaction Management, Call Center Recording and Quality Solutions, VoIP Switching and Hosted IP, IP Conferencing and Collaboration, Sales Force Automation, Speech Technologies, Inbound Call Center, Me Test Solutions, Agent Performance, OnDemand Customer Communications, Wholesale VoIP, VoIP Headsets, Hybri Management, Workforce Productivity, Packet Telephony, IP Phone System, VoIP Contact Center, Media Processing, V Center Software, Do Not Call, Speech Lifecycle Management, Enterprise VoIP Gateways, Open Source PBX, Call Cer Contact Center Express, Call Center, IVR, Voice Over Broadband, e-Business Solutions, Selecting VoIP Solutions, Wih Developer, Contact Center Technology, Session Border Control, Customer Experience Management, Conference Ca Hosted Contact Center, CRM Solutions, VoIP, Speech Applications, Call Center Software, Communications, Call Center Wi-Fi, Speech Recognition, Biometrics Voice Over IP and VoIP.

Technology Marketing Corporation,
One Technology Plaza, Norwalk, CT 06854 USA
Ph: 800-243-6002, 203-852-6800; Fx: 203-853-2845
General comments: tmc@tmcnet.com. Comments about this site: webmaster@tmcnet
About  Contact

Technology Marketing Corp. 1997-2006 Copyright. Privacy Policy Sitemap

**Web Based Help Desk**

**Wireless Headsets**

**Workforce Optimization**

**Workforce Productivity**





Log In

# Exhibit G

Your Source for the
Latest Patent
Information

2002-2
GEN-ERIC F
Archive

+ MY YAHOO!

Enter e-mail address    | Send |

◉ Start ○ Stop
**START or STOP receiving GEN-ERIC Patent News**

*Home*    Links

**Calend**
Janu

**User Functions**
Login...
Register...
Last comments

**Mon Tue Wed**

2    3    4
9    10   11
16   17   18
23   24   25
30   31
<< <

**Categories**
All
Announcements (2)
In The News (210)
OG Notice Links (104)
Patents of the Day
(166)

## GEN-ERIC Patent News

Your Source for the Latest Patent Information

**Links**
Employ
Patent
from
IntelPr
Patent
from M
USPTO
MPEP
OG No
Public
U.S. C
USPTC
USPTC
Search

**Archives**
January 2006 (9)
December 2005 (37)
November 2005 (44)
October 2005 (33)
September 2005 (35)
August 2005 (44)
July 2005 (35)
June 2005 (36)
May 2005 (49)
April 2005 (34)
March 2005 (49)
February 2005 (36)
more...

**PADCOM FILES PATENT SUIT**
01/03/06

Padcom, Inc., a leading wireless mobile VPN provider, filed a declaratory
judgment action today against competitor, NetMotion Wireless, Inc., of Seattle.
Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid,
unenforceable and not infringed. The suit was filed in United States District Court
for the District of Delaware, where another action is pending between the two
companies in which Padcom alleges NetMotion infringes three of its patents: U.S.
Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The
technology of these patents relates to Padcom's TotalRoam® software solutions,
including TotalRoam® Mobile Virtual Network (MVN), which enable roaming across
multiple active dissimilar networks.

Posted by GEN-ERIC at 03:15:10 am into the following categories: In The News

Leave a comment | Permalink

**Search**

○ All Words
○ Some Word
○ Entire phrase

| Search |

TRACKBACK ADDRESS FOR THIS POST:
http://gen-eric.com/patents/htsrv/trackback.php/517

COMMENTS, TRACKBACKS, PINGBACKS:

No Comments/Trackbacks/Pingbacks for this post yet...

**Syndication**
What is RSS? RSS 0.92:
Posts
Comments
RSS 1.0:
Posts
Comments

**LEAVE A COMMENT**

Name:

Email: (not displayed on this site)

Site/Url:



RSS 2.0:
Posts
Comments
Atom:
Posts
Comments

Official Gazette Of The Us Patent & ...
Us Dept Comm/paten...
Best Price $442.85
or Buy New $442.85

Privacy Information

amazon.com

Books

Click here
Privacy Information

Patents and the Federal Circuit
Robert L. Harmon
Best Price $55.68
or Buy New $425.00

Privacy Information

Comment text:

Allowed XHTML tags: <p, ul, ol, li, dl, dt, dd, address, blockquote, ins, del, a, span, bdo, br, em, strong, dfn, code, samp, kdb, var, cite, abbr, acronym, q, sub, sup, tt, i, b, big, small>

URLs, email, AIM and ICQs will be converted automatically.

Options:

☑ Auto-BR (Line breaks become <br />)

☑ Remember me (Set cookies for name, email & url)

Send comment



Patent Prosecution
Irah H. Donner
Best Price $28.24
or Buy New $375.00

Privacy Information

Biotech Patent News
Biotech Patent New...
Best Price $215.15
or Buy New $215.15

Privacy Information

Comprehensive Data
Base Of Us Chemic...
Ifi/plenum Data Co...
Best Price $74,235.24
or Buy New $74,235.24

Privacy Information





Patent Litigation and
Strategy
Kimberly Pace Moor...
Best Price $92.50
or Buy New $92.50

Privacy Information

Drafting Patent License
Agreements
Brian G. Brunsvold...
Best Price $67.70
or Buy New

Privacy Information

Patent Litigation
Strategies Handboo...
Barry L. Grossman
Best Price $200.00
or Buy New $245.00

Privacy Information





Patent Law and Practice
Herbert F. Schwart...
Best Price $120.00
or Buy New $120.00

Buy from amazon.com

Privacy Information

**Credits**
powered by b2evo
skin cloned from
Movable Type