# Exhibit H




**PR Newswire**
United Business Media

# News & Information
*We tell your story to the world.*

## Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent



BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a de judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending bet companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198, 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R) softwar including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar ne

"We were concerned that NetMotion would bring su t against Padcom based on the newly issued patent, so to a protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. " continues to expand with our technology at its core, and our customers require the protected patented solution w offer."

The complaint claims that Padcom's products do nct infringe any valid claim of NetMotion's patent. It also allege the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent app that the patent is unenforceable because NetMotion failed to disclose material information describing pre- existin the U.S. Patent and Trademark Office.

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software ar products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are register of Padcom, Inc. All other product and company names herein may be the registered property of their respective

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its develops technology to aid companies and government agencies to transmit data over multiple active dissimilar networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more informatio company online at http://www.padcomusa.com/.

Website: http://www.padcomusa.com/

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.

Copyright © 1996-2003 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

# Exhibit I



Print Window          Close Window

Breaking News

# Padcom files pre-emptive legal strike against NetMotion

Dec 28, 2005

BETHLEHEM, PA-Padcom Inc., a provider of wireless mobile virtual private networks, filed a lawsuit against competitor NetMotion Wireless Inc. of Seattle. The complaint alleges that a patent recently issued to NetMotion is "invalid, unenforceable and not infringed," according to a Padcom statement.

Padcom filed the lawsuit in the U.S. District Court for the District of Delaware, which is also handling another case involving the two companies. In 2003, Padcom accused NetMotion of infringing on three of Padcom's patents that enable roaming across multiple dissimilar networks.

continued below

The most recent complaint claims that Padcom's products do not infringe on NetMotion's recently received patent. It also charges that the NetMotion patent is invalid because similar technology existed prior to NetMotion's patent filing, and asserts that NetMotion's patent is unenforceable because the company did not disclose information related to the pre-existing technology to the U.S. Patent and Trademark Office.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests, we had no choice but to file the suit," said Scott A. Stone, president and CEO of Padcom.

Entire contents copyright 2005 Crain Communications Inc. Use of editorial content without permission is strictly prohibited. All rights reserved. Privacy Policy. Disclaimer.

# Exhibit J

# RadioResource
## Media Group



**WIRELESS VOICE AND DATA FOR MOBILE AND REMOTE MISSION-CRITICAL OPERATIONS**

- Issue Highlights
- Association Links
- Government Links
- Industry Events
- Contact Us
- Editorial Department
- Media Kit
- Subscriptions
- Reader Service/Links
- Home


SEND THIS SITE TO A COLLEAGUE


FREE SUBSCRIPTION

ADVERTISING/ MARKETING





## Sponsored Links


TESSCO


PYRAMID
Click to see the New 8017
Mobile Data Terminal




American Red Cross

**MissionCritical Communications, Public Safety Report** and **RadioResource International** magazines deliver wireless voice and data solutions for mobile and remote mission-critical operations. Turn to us for business and FCC news; articles on innovative applications, leading-edge technology and industry trends; plus comprehensive product information on antennas, battery equipment, dispatch equipment, mobile data, power supplies, mobile two-way and trunked radio, remote site monitoring, satellite systems, software, test equipment, towers and site equipment, and much more.

## News Briefs

Updated January 03, 2006

RadioResource Media Group
Pandata Corp.
7108 S. Alton Way
Building H
Centennial, CO 80112

TEL: 303-792-2390
FAX: 303-792-2391
radioresourcemag.com



### SouthernLINC Offers Priority Service (1/3)
SouthernLINC Wireless, a regional iDEN wireless carrier, announced it is offering Wireless Priority Service (WPS) to key federal, state, and local government officials in addition to critical industry personnel in leadership positions. WPS gives subscribers' cellular calls priority in times of high volume or network congestion. The service provides the WPS subscriber access to the next available wireless channel before the general public. SouthernLINC joins the nationwide GSM carriers in offering WPS service. Nextel Communications also offered WPS before its acquisition by Sprint Corp. last year.

### Cellular South Becomes First Carrier to Receive Extension for E9-1-1 Handset Rules (12/30)
The Federal Communications Commission granted an extension with conditions to Tier III wireless carrier Cellular South for compliance with the E9-1-1 Phase II rules for carriers that selected handset-based solutions. The extension was the first to be granted to a wireless carrier, although Alltel, Sprint Nextel, Verizon Wireless and several other Tier III carriers also requested extensions. The deadline for having 95 percent of all handsets used by carriers that chose handset-based technologies compliant with Phase II rules was Dec. 31. The FCC granted Cellular South a limited extension of 15 months from Dec. 29 to achieve a 95-percent handset penetration level. As conditions of the extension, Cellular South must notify its customers that by upgrading their handsets they can automatically transmit their location information and to actively work with PSAPS to achieve compliance. In addition, Cellular South must file status reports with specific information on its compliance efforts with the FCC four times a year for two years or until it satisfies the 95-percent penetration rate.

### Motorola Acquires Wireless Valley (12/29)
Motorola purchased Wireless Valley, according to a posting on the Motorola Web site. The company did not release a press statement on the acquisition. Wireless Valley, a company that makes RF planning software, will join Motorola's Enterprise Mobility business unit in a new RF Design and Management Solutions group.

### EFJohnson Wins P25 Order in Canada 12/29
EFJ's EFJohnson subsidiary has received an order for Project 25 digital radios to be used by a public safety agency in Canada. The order is EFJ's first P25 product sale into Canada, the company said.

### Padcom Files Second Legal Action Against NetMotion (12/27)
Padcom filed a lawsuit against competitor NetMotion Wireless alleging a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed. Another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents.

## Coast Guard Activates New Communications System (12/23)

The U.S. Coast Guard has accepted and activated Rescue 21, a new command, control and communications system produced by General Dynamics C4 Systems, for its search and rescue mission. Through a system of integrated wireless communications and location-finding features, Rescue 21 enables the Coast Guard to quickly locate boaters in emergency situations, even if a "mayday" call is only seconds in length. Rescue 21 is currently installed in regions along the Eastern seaboard from Manasquan, N.J., to Belle Haven, Va. Once fully implemented, it will be the Coast Guard's primary command and control system along the 95,000 miles of coastline for which it is responsible.

## Senate Approves Tate, Copps as FCC Commissioners (12/22)

The Senate approved the nominations of Deborah Taylor Tate and Michael Copps to be commissioners on the Federal Communications Commission. Copps, a current FCC commissioner, will serve a second term. Tate is the former director of the Tennessee Regulatory Authority.

## Washington Selects Interoperability Communications System (12/22)

The Washington State Interoperability Executive Committee (SIEC) selected a proposed system to help public safety communications throughout the state as part of its Technical Implementation Plan (TIP). SIEC selected a multiple subsystems architecture that is not restricted to a single frequency band or technology. Pending funding, the SIEC will implement the proposed system over a six-year period, starting with a one-year procurement phase that includes developing detailed technical specifications and selecting and procuring the system's technical components. The cost to acquire the proposed system will total about $257 million during the six-year implementation period, and recurring operation and maintenance costs will total $177 million during the next 10 years. In other activities, Gov. Christine Gregoire included $500,000 for equipment and staff in her supplemental budget proposal released Dec. 20. Her proposal, if funded by the Washington State Legislature, will deploy interoperable communications equipment to local public safety providers.

## MicroData GIS Hires Wilcox (12/22)

Nate Wilcox is the new information systems manager of MicroData GIS and will head the technical support, training and documentation departments. He has several years of public safety 9-1-1 experience, including serving as systems administrator of the Vermont Enhanced 9-1-1 Board.

## FCC Releases Report on Public Safety Spectrum Needs (12/22)

The Federal Communications Commission released its report to Congress on public safety communications spectrum this week. The report states that emergency response providers would benefit from the development of an integrated, interoperable nationwide network capable of delivering broadband services throughout the country. In addition, the FCC said the network potentially could include the use of "smart radios," and the underlying infrastructure should include mobility and satellite components. The commission noted the realization of a nationwide interoperable broadband mobile communications network also would require sufficient funding and would be dependent on a high degree of training, coordination and communication by emergency responders. The report notes the potential use of commercial networks for non-mission-critical portions of public safety communications.

## Two-Thirds of U.S. Population Has Wireless E9-1-1 (12/22)

More than two-thirds of the nation's population now resides in areas where wireless 9-1-1 includes delivery of a caller's call-back number and location to the appropriate public safety answering point (PSAP), according to data from the National Emergency Number Association. While this landmark percentage was reached in recent weeks, large areas of the country — 57.3 percent of counties — still are not yet providing wireless enhanced 9-1-1 services. "The 9-1-1 community and wireless industry can be proud of reaching this benchmark," stated NENA President David Jones. "However, much work still needs to be done to provide this life-saving service in the significantly high number of counties, predominately rural, where it is still not available.

## EFJohnson Receives $3M in P25 Orders (12/22)

EFJ's EFJohnson subsidiary has received orders totaling $3 million from existing public safety customers. These orders call for EFJohnson to provide Project 25-compliant radios.

## FCC Extends Comment Deadline on Railroad Spectrum Petition (12/22)

The FCC has extended the deadline by 30 days for filing comments on a petition by the Association of American Railroads (AAR) to consolidate member licenses. The new comment deadline will be Jan. 26, with replies due by Feb. 10. AAR's petition requests that all site-specific licenses granted to member railroads on the former Rail Service frequencies be gathered into a single, geographic footprint license to be

held by the association. AAR requests further that the FCC impose a moratorium on licensing on these frequencies 95 miles on either side of railroad rights-of-way across the country until the Jan. 1, 2013, deadline for migration to 12.5 kHz operation.

## Epic Data Secures Wireless Parking Contract in Toronto (12/22)

Epic Data International said it finalized terms of a $3.2 million contract with Toronto Police Service for the implementation of a real-time, wireless parking enforcement solution. The company said the deal represents its largest parking enforcement system to date. The solution includes Epic Data's TicketManager parking enforcement software, Intermec 761 rugged handheld computers, Zebra QL320 portable printers professional services for deployment over the Rogers Wireless GPRS network.

## CoConnect to Buy Phoenix Units, Technology (12/22)

CoConnect agreed to buy from Phoenix Systems Corp. its Phoenix Systems Engineering and Phoenix Systems Products Group and patent-pending intellectual property assets and rights on further development of certain military and commercial network and wireless communication technologies. CoConnect will commercialize several of the Phoenix products that all focus on wireless connectivity devices and software products. The value of the deal was not disclosed.

## Congress Passes Emergency Communications Legislation (12/21)

The House-Senate Conference Committee this week approved the Digital Television and Public Safety Act as part of the Budget Reconciliation conference report. The legislation sets a Feb. 17, 2009, hard date for broadcasters to return their 700 MHz spectrum and provides $43.5 million to implement the Enhance 911 Act, a bill signed into law by President Bush last year. In addition to establishing a national 9-1-1 Implementation and Coordination Office, the Enhance 911 Act authorizes up to $250 million per year in matching grants for states, local governments and tribal organizations to improve their 9-1-1 communications systems. The funding for the Enhance 911 Act will come through proceeds of a spectrum auction to be held no later than Jan. 28, 2008. The auction will come in advance of the Feb. 17, 2009, date in which 700 MHz spectrum will be made available to emergency responders for interoperable radio communications. Proceeds from the auction will be deposited into a DTV Transition and Public Safety Fund in the Treasury and will then be available for Enhance 911 grants. Several other items must first be paid for before the $43.5 million is available for E9-1-1 upgrades, including $1.5 billion for a DTV converter box subsidy program and $1 billion for state and local interoperability grants. More than $10 billion will need to be raised during the spectrum auction for the funding to be made available for the Enhance 911 grants. The Congressional Budget Office (CBO) estimates that the auction will raise $10 billion, while several independent reports estimate that total to be closer to $20 billion. The House voted on Monday to approve the Budget Reconciliation Conference Report, and the Senate passed the legislation Wednesday.

## Gabriel to Buy Wireless BioMetric Technology Provider (12/21)

Gabriel Technologies, which provides locking systems and GPS tracking services, signed a letter of intent to acquire a majority interest in Resilent, Omaha, Neb., which currently does business as Digital Defense Group. Gabriel will acquire 50.1-percent ownership of Resilent in exchange for $2 million in cash and 2 million shares of Gabriel common stock. Digital Defense Group is a provider of wireless biometric security products based on patent-pending technology.

## BIO-key Awarded Contract in Va. (12/21)

BIO-key International was awarded a contract to implement its enterprise-class fire records management system, FireRMS, and associated interfaces at the Newport News, Va., Fire Department. The contract also includes BIO-key's wireless mobile data system for all fire vehicles, extending automated dispatching to all fire apparatus and providing silent and secure text messaging.

## Utility Implements Wireless Inventory System from Ciber (12/21)

Ciber Novasoft successfully implemented a new wireless warehouse management system for the Sacramento Municipal Utility District (SMUD). The project began in mid-July 2005 and went live in mid-November 2005. With the new solution, SMUD's material handlers can enter or scan inventory information on wireless handheld computers, allowing the utility to maintain an accurate, detailed, up-to-the-minute view of inventory.

## Indiana Comms. Center Upgrades to APCO MEDS Software (12/21)

The Delaware County Emergency Communications Center (ECC) in Muncie, Ind., upgraded its APCO Institute Emergency Medical Dispatch (EMD) Guidecards to the Multi-purpose Emergency Dispatch System (MEDS) software. The software includes fire service, EMS and law enforcement dispatch guidecards in electronic format, as well as a

quality assurance/quality improvement component.

## Sprint Nextel to Pay $6.5B for Nextel Partners (12/20)

Sprint Nextel and Nextel Partners agreed on the put price at which Sprint Nextel will purchase Nextel Partners. Sprint Nextel will pay $28.50 per share of Nextel Partners' class A common stock, or $6.5 billion total, including amounts payable upon conversion of debt securities and on settlement of options. The transaction implies an enterprise value for Nextel Partners at about $10 billion. The price was determined after two appraisers issued fair market values. Because the two values were within 10 percent of each other, the final fair market value was the average of the two appraisers' determinations.

## Canadian Carriers to Offer WNP by March 2007 (12/20)

The Canadian Radio-television and Telecommunications Commission (CRTC) issued a decision requiring all Canadian wireless carriers to implement wireless number portability (WNP) by March 14, 2007, in most of Canada. The decision follows a public notice earlier this year in which the commission invited comments on several issues related to the implementation of WNP. "This decision establishes the earliest feasible date for WNP consistent with a smooth and reliable transition for wireless customers," said Charles Dalfen, chairman of the CRTC.

## Report Finds RFID System Successful for Airport Vehicle Tracking (12/20)

I.D. Systems said the Transportation Security Administration (TSA) has published its final report on the company's wireless vehicle tracking/fleet management project at Newark Liberty International Airport. The report concluded that the three-phase project, under which about 80 vehicles were monitored, successfully demonstrated that I.D. Systems' RFID-based Wireless Asset Net system is an effective tool for securing and managing vehicles of a major U.S. airport. Under the project, more than 100 distinct system elements were tested without a single requirement failure, I.D. Systems said.

## Nortel Supplies Communications System for Chinese Pipeline (12/20)

China's West-East Gas Pipeline Project (WEPP) has selected an IP-based converged networking solution from Nortel Networks to power wireless and wired voice and multimedia communications along its 4,200-kilometer route. Operated by PetroChina Company Ltd., the pipeline is the longest in China and one of the longest in the world. Currently in operation at WEPP's network control center in Shanghai, the converged network will be extended to 57 out of 200 sites along the pipeline's route by early 2006. When complete, the project will be one of the largest IP softswitch-based enterprise networks Nortel has deployed to date in China.

## Novariant Deploys Monitoring System in Ariz. Mine (12/20)

Novariant deployed its Terralite XPS solution at the Phelps Dodge Morenci Mine in Morenci, Ariz. During a six-month testing period, the system demonstrated more than 99-percent positioning availability in traditionally problematic areas near mine high walls. The system is composed of a network of transmit stations (Terralites) and mobile receivers. Terralites broadcast a new positioning signal, called XPS, throughout the mine to receivers on equipment such as blast-hole drills and cable shovels.

## Techsphere to Test Remote 'Paint-On Antenna' Technology (12/20)

Techsphere Systems International, a wholly owned subsidiary of Cyber Defense Systems, signed an exclusive agreement with RTI International (RTI). The agreement gives Techsphere a worldwide exclusive license to test and use lightweight "paint-on antenna" technology on Techsphere airships for communication, radar, remote sensing and other applications.

## Apptis, SmartLink Win $3M Radio Contract with Calif. County (12/19)

Apptis and SmartLink Radio Networks won a $3 million contract from Solano County, Calif., to design and deliver an interoperable radio system platform that will allow public safety agencies within the county to communicate across disparate radio frequencies and networks. Apptis will lead the project and use the SmartLink I-Network platform to increase the capacity and coverage of the multi-channel VHF band system used by Solano County's sheriff, fire, and emergency management departments. The system will also facilitate countywide interoperability and roaming for the publici safety agencies of the cities in the county, which operate on a variety of frequency bands. The county's six regional dispatch centers will also become participants on the network.

## Motorola Wins TETRA Contract in Korea (12/19)

Motorola said its leading distributor in  has won a bid to provide Korea's National Emergency Management Agency (NEMA) with a TETRA system and subscribers for its nationwide Government Radio Network (GRN) project over three years. Once completed, it will be the first

Case 1:05-cv-00889-SLR Document 6-3 Filed 01/06/2006 Page 11 of 27

nationwide TETRA-based GRN in Asia. More than 140 government agencies and 22 national institutions in Korea will be linked on a single communication platform. The value of the deal was not disclosed.

## VelociTel Buys Site Safe (12/19)

VelociTel, a national wireless infrastructure services company, acquired Site Safe, a wholly owned subsidiary of Crown Castle Corp. Arlington, Va.-based Site Safe provides RF health and safety compliance solutions for the wireless industry. The value of the deal was not disclosed. The acquisition will allow VelociTel to offer more sophisticated engineering services to augment the company's wireless infrastructure services, the company said.

## Motorola Teams with Nice for Wireless Video (12/19)

Motorola teamed with Nice Systems for wireless video surveillance. The companies said the technology uses cameras in locations without access to fiber-optic or cable lines. Motorola said it is its first solution to enable video transmission over wireless broadband networks using the Nice Systems video applications.

## Trapeze Networks Supplies WLAN to U.K. Airport (12/19)

Trapeze Networks and network and services provider Telindus were selected by Manchester Airports Group (MAG) to implement a public and private WLAN solution at Manchester Airport in the United Kingdom. MAG opted for Trapeze's Mobility System, which offers a dual-purpose wireless network over one infrastructure. Trapeze Networks is providing wireless access for MAG's internal employees, including airport staff, tenants, and service partners, while also providing wireless access to the public network for travelers and businesses within the airport complex.

## Roam Secure Expands Emergency Alerting System (12/19)

Roam Secure announced that College Park, Takoma Park, and Rockville, Md., along with Loudoun County, Va. can send text messages to citizens in their communities using the Roam Secure Alert Network (RSAN). The public alerting systems build on the 18 counties and cities that make up the National Capital Region (NCR) project for emergency alerting that went live earlier this year The system allows city officials to reach out to the public on a range of issues, including natural and manmade disasters and for crime alerts.

## Verizon Wireless to Provide Wireless Service to Ga. County Employees (12/19)

Association County Commissioners of Georgia (ACCG) and Verizon Wireless announced a contract. Under the deal, ACCG has endorsed Verizon Wireless as the preferred wireless service provider for county governments statewide, and ACCG has committed to help promote the Georgia Technology Authority (GTA) contract, which Verizon Wireless executed with the state in February. The GTA contract includes a cooperative purchasing provision that enables county governments to pool their purchasing power with the state to receive significantly greater discounts on Verizon Wireless products and services. In addition, Verizon Wireless has agreed to extend an attractive discount on monthly access to more than 50,000 county government employees.

## Minneapolis Police Department Deploys Field Reporting System (12/16)

Patron Systems, a provider of proprietary information security solutions, reached a co-marketing partnership with TriTech Software Systems. The partnership has resulted in an installation of FormStream, Patron's automated field reporting system, for the Minneapolis Police Department. As announced in September, Patron and TriTech are jointly marketing Patron's FormStream to TriTech's VisiNet Mobile wireless PC-based CAD customers.

## Canadian Company Adds Satellite/Cellular Tracking via Cancom (12/16)

Cancom Tracking, which offers mobile communications for the Canadian transportation industry, said Canadian transportation company Trimac Transportation Services will add Cancom's OmniTracs satellite fleet management system and WebTech's Quadrant transportation solution. The system will deliver a hybrid business tool by combining satellite and cellular data communications.

## CMA Presents Award to Daniels (12/16)

The Communications Marketing Association presented its Pioneer Award to Terry Daniels, president of Daniels Electronics. The award is presented annually in recognition of contributions to the two-way radio industry and in recognition of service and dedication to the CMA. Daniels is a Radio Club of America Fellow.

## Pa. PUC Approves BPL Trial (12/15)

The Pennsylvania Public Utility Commission (PUC) approved a contract between Duquesne Light Co. and Duquesne Broadband to begin an Internet pilot program across the utility's distribution wires for 2,000 households in Monroeville, Pa. The group will experience high-speed wireless Internet service delivered through broadband over power line (BPL) technology by Duquesne Broadband.

## ViewCast Supplies Communications Gear

## Following Hurricanes (12/15)

Dallas-based ViewCast and its California-based reseller Information Processing Systems of California (IPS) supplied communications technology to the California, Texas and Georgia National Guard units that helped following Hurricanes Rita and Katrina. Incident Commander's Command, Control and Communications Units (IC4Us) were developed by the California National Guard and use products from ViewCast and IPS. Guard troops were able to maintain communications with each other and their various headquarters, and they could provide communications links for police, fire and other emergency responders, ViewCast said. The IC4U is a tactical communications system, developed after Sept. 11, 2001, that works as a communication bridge for different frequencies and can produce live video with Web access.

## TriTech Wins CAD Contract in Minneapolis (12/15)

The city of Minneapolis has selected TriTech Software Systems' command and control solution, VisiCAD Command, to replace its existing legacy CAD system. In addition, the city selected TriTech's mobile application, VisiNet Mobile, to provide seamless communication from the CAD to field personnel. The system will support the Minneapolis Police Department, Minneapolis Park Police, and University of Minnesota Police Department and fire and EMS agencies. The value of the deal was not disclosed.

## Andrew Revises Financial Statements (12/15)

Andrew Corp. has revised its financial statements for the 2003 and 2004 fiscal years and for the first three quarters of fiscal-year 2005 in response to three issues raised during a periodic Securities and Exchange Commission review. Andrew said two of the three issues--the timing of a $19.8 million product recall charge in 2005 and a change in the company's segment reporting--have no impact on the company's full-year net income, earnings per share, or financial position as previously reported. The third issue relates to the timing of revenue recognized on a customer contract. The aggregate impact on revenue during the period from July 2003 to September 2005 was a reduction of $12.5 million.

## Comtech Receives New Army Orders (12/15)

Comtech Mobile Datacom received multiple orders totaling $1.7 million under its Movement Tracking System, or MTS contract, with the U.S. Army. Total orders received to date against the $418.2 million contract increased to $227.9 million. The orders are primarily for the supply of Comtech's Model 2011 mobile satellite transceivers for a battle command real-time situational awareness and control system, and related computer accessories. The new orders will support activities in Iraq and Kuwait.

## Motorola to Supply P25 System to Baltimore Airport (12/14)

The Maryland Aviation Administration (MAA) is purchasing a $6.9 million Motorola wireless communications system for its Baltimore/Washington International Thurgood Marshall Airport to improve coordination between the airport and neighboring jurisdictions. Early next year, Motorola will begin installing a wireless voice communication system that will enable more than 700 MAA users, including airport rescue and fire fighting, Maryland Transportation Authority Police, airport security, airport maintenance and airport operations to directly reach each other via a trunked radio system. The system will be the first Project 25 trunked radio system in Maryland.

Catch up on the events affecting the wireless voice and data industry in "News Briefs" and "Public Safety News" in each issue of **MissionCritical Communications** and "In the News" in **RadioResource International**. If you do not subscribe, please click here for a FREE subscription

**Return to Top**

Copyright © 2000 - 2006, Pandata Corp., All Rights Reserved.
Privacy Policy and Legal Statement

# Exhibit K


Make the move

Classifieds | NWsource | Subscribe | Contact Us | Seattle Post-Intelligencer

Jump to ▸▸  Weather | Traffic | Mariners | Seahawks | Sonics | Forums | Calendar

**seattlepi.com**

## Business

search

NEWS
Local
Neighborhoods
Sports
Nation/World
**Business**
  VC Notebook
  Layoff Tracker
  Bill Virgin
  Personal Finance
  Sci-Tech
  AP Biz Wire
  AP Tech Wire
  PR Newswire
  Business Wire
  Boeing
  Microsoft
A&E
Lifestyle
NW Outdoors
Photos/Reprints
Special Reports

COMMENTARY
Opinion
Columnists
Letters
David Horsey
Saturday Spin
Forums

WHAT'S HAPPENING
Calendar
Movie Times
Restaurants
SeattleNoise

COFFEE BREAK
Comics & Games
Horoscope
TV Listings

P-I ANYWHERE
E-mail Newsletters
News Alerts
RSS/Web feeds
PDA
Cell Phones

MARKETPLACE
● Jobs
● Autos
● Homes
● Rentals
● Classifieds
● NWsource

Tuesday, January 3, 2006

# Technology Briefing

## REGIONAL NEWS

### Rival files lawsuit to challenge patent issued to Seattle's NetMotion Wireless

Padcom Inc., a Bethlehem, Pa., maker of wireless-networking gear, filed a federal lawsuit Monday in Delaware alleging that a patent issued to rival **NetMotion Wireless Inc.** of Seattle is invalid and unenforceable. The suit is part of a larger lawsuit over three patents on which Padcom alleges that NetMotion is infringing.

### Balda AG names ex-Microsoft exec to lead its supervisory board

Balda AG, the world's second-largest maker of plastic mobile-phone components, named Richard Roy, a former vice president at **Microsoft Corp.,** to head the company's supervisory board. Roy, who currently works as a consultant, will succeed Gerhard Holdijk, who stepped down at the end of last month, Bad Oeynhausen, Germany-based Balda said Monday in a statement to the Frankfurt exchange. Roy was previously responsible for Microsoft's business in Europe, the Middle East and Africa.

**Technology Briefing is written by P-I reporters Todd Bishop, John Cook and Dan Richman. Send comments to johncook@seattlepi.com. This report includes information from The Associated Press and Bloomberg News.**

Printer-friendly version    E-mail this story    Get e-mail news updates    Subscribe to the P-I

ADVERTISING

MARKETPLACE
Jobs    Autos    Shopping
Homes   Rentals  Post an ad

TOOLS

Print this    E-mail this

ADVERTISING



# Mortgage Rates Hit Record Lows!

**Click Your State**



Bad
Credit
OK

Lower
MyBills.com
Easy Comparisons.
More Choices.
Bigger Savings ™

# Exhibit L

# Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R) software solutions, including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre- existing technology to the U.S. Patent and Trademark Office.

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com/.

Padcom, Inc.

    CONTACT: Cari Brunelle, +1-302-656-6096, or
    Brunellec@jaffeassociates.com, for Padcom, Inc.

    Web site: http://www.padcomusa.com/

© 2006 SYS-CON Media Inc.

# Exhibit M



**ProductCast**

**For When You Need More than a Press Release**

*www.eeProductCast.com*

# EEXPRESS

# Padcom(R) Files Suit Against NetMotion Alleging Invalid and Unenforceable Patent

PRNewswire
Dec 28 2005 (0:45 AM)
URL: http://www.electronics-express.com/showPressRelease.jhtml?articleID=X412392

BETHLEHEM, Pa., Dec. 27 /PRNewswire/ -- Padcom(R), Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam(R) software solutions, including TotalRoam(R) Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom(R) President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre-existing technology to the U.S. Patent and Trademark Office.

Padcom(R), Inc., based in Bethlehem, Pa., specializes in developing, licensing, selling and servicing software and hardware products that enhance connectivity for wireless network users. Padcom is represented by Neil Greenblum, Esq. of the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va. Padcom and TotalRoam are registered trademarks of Padcom, Inc. All other product and company names herein may be the registered property of their respective owners.

Founded in 1989, Padcom, Inc. is a privately-held company based in Bethlehem, Pa. An established leader in its field, Padcom develops technology to aid companies and government agencies to transmit data over multiple active dissimilar wireless networks, which Padcom's software organizes into a single, dynamic mobile virtual network. It employs over 50 associates and currently has sales locations in Atlanta, Austin, Dallas, San Francisco and Washington, DC. For more information, visit the company online at http://www.padcomusa.com .

CONTACT: Cari Brunelle, +1-302-656-6096, or Brunellec@jaffeassociates.com,for Padcom, Inc.

Web site: http://www.padcomusa.com/

Copyright 2004 © CMP Media LLC

# Exhibit N

apartments.com

CLICK HERE

**Change Printer Text Size:** Small | Medium | Large

December 29, 2005
From The Morning Call

# Business Briefing: Dec. 29

PADCOM OF BETHLEHEM SUES COMPETITOR OVER PATENT

Computer company Padcom of Bethlehem announced Wednesday it has filed suit against a competitor.

The suit alleges a recently issued patent assigned to NetMotion Wireless of Seattle is invalid because the technology in question is not, in fact, new.

Padcom and NetMotion make software and hardware that enable computers to maintain an Internet connection while roaming over multiple wireless networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Padcom Chief Executive Officer Scott Stone.

The suit was filed in U.S. District Court in Delaware, where another case against NetMotion is pending. Padcom alleged in 2003 that NetMotion infringed three of its network roaming patents. **(Staff)**

DATE SET FOR GUIDANT VOTE ON J&J TAKEOVER OFFER

**INDIANAPOLIS** | Guidant Corp. shareholders will vote Jan. 31, four days later than planned, on a $21.5 billion offer by Johnson & Johnson to buy the troubled medical device maker.

J&J spokesman Jeff Leebaw said Wednesday the vote was delayed to allow sufficient time for Guidant shareholders to review proxy materials.

Competing medical device maker Boston Scientific Corp. on Dec. 5 offered to buy Guidant for $25 billion through a combination of cash and stock worth about $72 per Guidant share. **(AP)**

MEN, WOMEN SURF THE 'NET WITH DIFFERING STYLES

**NEW YORK** | Women are as likely to use the Internet as men — about two-thirds of both genders — yet a new study shows that gaps remain in what each sex does online.

American men who go online are more likely than women to check the weather, the news, sports, political and financial information, the Pew Internet and American Life Project reported Wednesday.

Online women, meanwhile, are bigger users of e-mail, and they are also more likely to go online for religious information and support for health or personal problems. **(AP)**

SOYBEAN FUEL ADDITIVE GROWING IN PENNSYLVANIA

**HARRISBURG** | Next year, two suburban Harrisburg plants expect to sell several million gallons of biodiesel, a term for processed soybean oil that is blended with petroleum-based products.

The plants will be the first in the state to produce biodiesel. Agra Biofuels plans to produce 2 million to 3 million gallons of biodiesel annually to sell to truck fleets, fuel blenders and home-heating oil suppliers. Keystone BioFuels plans to produce 1 million gallons to sell to Independence Biofuels Inc., which opened a fuel-blending facility just across the Susquehanna River two months ago. **(AP)**

ADS THAT LOOK LIKE GRAFFITI HAVE SOME ANGRY AT SONY

**PHILADELPHIA** | The behemoth Sony Corp. scouted out an unusual place to advertise its $249 PlayStation Portable game system before the holidays: the side of an abandoned building in a gritty North Philadelphia neighborhood.

The black-on-white graffiti shows slacker cartoon characters riding the PlayStation like a skateboard, licking it like a lollipop or cranking it like a Jack-in-the-Box. But there's no mention of the Sony or PlayStation brands — nor any hint the wordless display is an ad.

Case 1:05-cv-00889-SLR    Document 6-3    Filed 01/06/2006    Page 22 of 27

Anti-blight advocates are incensed. "They're breaking the law," said Mary Tracy, who heads the Society Created to Reduce Urban Blight, or SCRUB, a watchdog group that fights illegal or ill-advised billboards in Philadelphia. **(AP)**

SILVER, GOLD PRICES

**NEW YORK** | Silver and gold prices Wednesday:

Handy & Harman gold $518.00, up $10.60; fabricated $559.44, up $11.45.

Handy & Harman silver $8.900, up $0.180; fabricated $10.680, up $0.216. **(AP)**

Copyright © 2006, The Morning Call

**>> Right to your doorstep! - Click here to subscribe to The Morning Call**
**>> Purchase full page reprints from today's edition and more**
**>> Get news on your cell at www.mcall.com More info**

# Exhibit O



Padcom Files Patent Suit
12.28.05

BETHLEHEM, Pa. -- Padcom®, Inc., a leading wireless mobile VPN provider, filed a declaratory judgment action today against competitor, NetMotion Wireless, Inc., of Seattle. Padcom's suit alleges a recently issued patent assigned to NetMotion is invalid, unenforceable and not infringed.

The suit was filed in United States District Court for the District of Delaware, where another action is pending between the two companies in which Padcom alleges NetMotion infringes three of its patents: U.S. Patent Nos. 6,418,324, 6,198,920 and 6,826,405 (Civil Action No. 03-983). The technology of these patents relates to Padcom's TotalRoam® software solutions, including TotalRoam® Mobile Virtual Network (MVN), which enable roaming across multiple active dissimilar networks.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom® President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The complaint claims that Padcom's products do not infringe any valid claim of NetMotion's patent. It also alleges that claims of the NetMotion patent are invalid in light of similar technology that existed prior to the filing date of the patent application, and that the patent is unenforceable because NetMotion failed to disclose material information describing pre-existing technology to the U.S. Patent and Trademark Office.

Padcom Inc.

Copyright © 2000-2005 Light Reading, Inc. - All rights reserved. www.unstrung.com

# Exhibit P

**Companies Clash Over Mobile Technology Patent**
IP Law Bulletin (Tuesday, January 03, 2006)

Two companies are locked in a bitter dispute over who owns the rights to technology that allows mobile users to safely access their company's network from an off-site location and bounce from network to network without interruption.

In a patent battle that has raged for almost three years, PadCom, a private wireless technology company centered in Pennsylvania, delivered a preemptive punch to Seattle-based NetMotion last week by filing a declaratory judgment lawsuit in U.S. District Court in Delaware, asking the court to declare NetMotion's recently issued patent invalid, unenforceable, and not infringed.

"We were concerned that NetMotion would bring suit against Padcom based on the newly issued patent, so to adequately protect our interests we had no choice but to file the suit," said Scott A. Stone, Padcom President and CEO. "This market continues to expand with our technology at its core, and our customers require the protected patented solution we have to offer."

The two companies are battling in court over a technology that has become increasingly ubiquitous, with more companies conducting business offsite and more employees working remotely.

The products seek to provide mobile users with one secure connection that allows them to access their network when outside the office. Additionally, the software consolidates a company's multiple network connections into a single secure connection, allowing the mobile user to roam from network to network while never losing the wireless connection.

The software is primarily used by public safety, government, utility and field service offices right now, according to Mark Ferguson, Padcom's information technology director.

"It provides security but it also allows for users to seamlessly roam, which is important for any company that has any kind of mobile work," said Ferguson.

With the government issuing NetMotion a patent last week, Padcom is anxious to protect its pre-existing wireless technology patents and to prevent any future litigation by NetMotion that might charge Padcom with infringement.

"We didn't want the customers to be confused," said Richard Reed, legal counsel to Padcom. "Our product is pivotal in the marketplace. There are roughly 14 different networks and this provides the ability to roam from network to network without interruption. This helps with the return on investments. It simplifies the use of data for the user."

But the possibility that NetMotion might lure away potential clients is another concern for Padcom. When Padcom initially sued NetMotion in October 2003 over patent infringement, the company also charged NetMotion with tortious interference. The charge related to a deal NetMotion struck with then-AT& T Wireless Services, Inc- a client that Padcom was attempting to woo. NetMotion countersued Padcom, with all the litigation eventually being consolidated into a separate civil lawsuit that is still pending. The trial is scheduled for March in U.S. District Court in Delaware.

NetMotion was unavailable immediately for comment.

All Content Copyright 2005, Portfolio Media, Inc. | customerservice@portfoliomedia.com-- Page 1

Padcom is represented by the intellectual property law firm Greenblum & Bernstein, P.L.C. of Reston, Va.

The case is Padcom, Inc. v. NetMotion Wireless, Inc., case no. 05889, U.S. District Court for the District of Delaware.

All Content Copyright 2005, Portfolio Media, Inc. | customerservice@portfoliomedia.com-- Page 2