IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PADCOM, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETMOTION WIRELESS, INC. )<br>)<br>Defendant. ) | Civil Action No. 05-CV-889 |

**PLAINTIFF PADCOM, INC.'S NOTICE OF DISMISSAL**
**UNDER FED. R. CIV. P. 41(a)(1)**

Plaintiff Padcom, Inc. hereby voluntarily dismisses this action for declaratory judgment, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/_

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
Tel.: 302-571-6600

Neil F. Greenblum
Michael J. Fink
Jill M. Browning
Van C. Ernest
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

*Attorneys for Plaintiff Padcom, Inc.*

Dated: January 20, 2006

{J213131 00003616.DOC}

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on January 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that January 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FIRST CLASS MAIL**

>Katherine Kelly Lutton, Esquire
>Fish & Richardson, P.C.
>500 Arguello Street, Suite 500
>Redwood City, CA 94063

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Padcom Inc.*